# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN DEWAYNE YORK

NO. 2020 KW 1319

**MARCH 15, 2021**

---

In Re:    Jonathan Dewayne York, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-11-0567.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.** Relator's claim that his conviction was obtained with an improperly constituted jury venire is waived by his failure to raise this issue in a pretrial motion to quash. See **State v. Woods,** 2020-0642 (La. App. 1st Cir. 11/9/20), 2020 WL 6558301 (unpublished); **State v. Thornton,** 2019-1029 (La. App. 1st Cir. 7/23/20), 2020 WL 4218268 (unpublished). Furthermore, if the substantive issue an attorney failed to raise has no merit, then the claim the attorney was ineffective for failing to raise the issue also has no merit. **State ex rel. Roper v. Cain,** 99-2173 (La. App. 1st Cir. 10/26/99), 763 So.2d 1, 5 (*per curiam*), writ denied, 2000-0975 (La. 11/17/00), 773 So.2d 733.

JMM
AHP

**Holdridge, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT